Form 1-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 1 |

|  |  |
|---|---|
| ZOETIS SERVICES LLC<br><br>                                   Plaintiff,<br><br>       v.<br><br>UNITED STATES,<br><br>                                   Defendant. | **S U M M O N S**<br><br>Court No. 24-00060 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                          /s/ Mario Toscano
                                                         Clerk of the Court

## PROTEST

| Port(s) of Entry:   Omaha, NE (3512) | Center (if known):<br>Pharmaceutical CEE |
|---|---|
| Protest Number:   3512-21-100529 | Date Protest Filed:<br>June 29, 2021 |
| Importer:   Zoetis Services LLC | Date Protest Denied:  September 11, 2023 |
| Category of Merchandise: CTC Concentrate |  |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| DSV52540470 | 2/13/2020 | 1/8/2021 |  |  |  |
| **Please see attached continuation sheet for protest on Form 1-3.** ||||||

                                                                            Wm. Randolph Rucker
                                                                     Faegre Drinker Biddle & Reath LLP
                                                                     320 South Canal Street, Suite 3300
                                                                                Chicago, IL 60606-5707
                                                                     Randy.rucker@faegredrinker.com
                                                                                         (312) 569-1157

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Chlortetracycline Concentrate Feed Grade Powder | 2309.90.1050<br>9903.88.03 | FREE<br>25% | 3003.20.0000 | FREE |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Classification – The subject merchandise is properly classified under 3003.20.0000. |

| |
|---|
| The issue which was common to all such denied protests: Classification |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Wm. Randolph Rucker
*Signature of Plaintiff's Attorney*

March 11, 2024
*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

**<u>Consumer Products and Mass Merchandising</u>**

**Center (if known)**

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 4503 | 4503-21-101388 | DSV52513311 | 01/08/2020 | 12/04/2020 | 5/28/2021 | 9/11/2023 |